**United States Court of Appeals**

**FOR THE EIGHTH CIRCUIT**

_____

No. 96-3556

_____

Janis Diane Wynns; Harry Kirk  *
Wynns,                          *
                                *
        Appellants,             *
                                *
Appeal from the United States
    v.                          *                    Tax
Court.
                                *
Commissioner of Internal Revenue,                    *
        [UNPUBLISHED]
                                *
        Appellee.               *

_____

                              Submitted:  September 5, 1997
                                   Filed:  September 10,
1997

_____

Before FAGG, BOWMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

    Janis D. and Harry K. Wynns appeal from the United
States Tax Court's[1] determination that the Internal
Revenue Service's assessment of tax deficiencies was
correct.  Upon review of the record and the parties'
briefs, we affirm the judgment of the Tax Court on the
basis of the reasons articulated in its decision.  See
8th Cir. R. 47B.

_____

[1]The Honorable Robert N. Armen, Jr., United States Tax Court Judge.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.